1
2
3
4
5
6
7
8
9
10
11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-mj-02189 DUTY |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING (18 U.S.C. § 3148(b): Allegations of Violation of Pretrial Conditions of Release) |
| LACEY LEE ANN WISE, | |
| Defendant. | |

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

1. The Court finds there is:

☐ probable cause to believe that the defendant has committed a federal, state, or local crime while on release and/or

☒ clear and convincing evidence that the defendant has violated a condition of release; and

2. ☒ Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the

defendant will not pose a danger to the safety or any other person or the community;

--risk of flight:

--danger to the community:

☒ The defendant is unlikely to abide by any condition or combination of conditions of release (see May 1, 2023 Order of MJ in D. North Dakota).

3. ☐ There is probable cause to believe that, while on release, the defendant committed a federal, state, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: May 3, 2023

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE